

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00165-CR

_____

CHIVAS HILL, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1738629

_____

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Chivas Hill, proceeding pro se, attempts to appeal the trial court's order placing him on deferred adjudication probation for the felony offense of aggravated assault with a deadly weapon. Hill pleaded guilty pursuant to a plea agreement, and the trial court sentenced him in accordance with that agreement. With Hill's notice of appeal, we received (1) the defendant's written waiver of right to appeal, and (2) the trial court's certification of defendant's right of appeal. Hill signed both documents, which indicate that he waived his right to appeal as part of his plea agreement.

In a plea bargain case, the trial court must file a certification of the defendant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). An appeal must be dismissed if the certification of the right to appeal is not defective and shows that the defendant waived his right to appeal pursuant to a plea agreement. *Jones v. State*, 488 S.W.3d 801, 804–05 (Tex. Crim. App. 2016); *see* Tex. R. App. P. 25.2(d) (requiring that an appeal be dismissed "if a certification that shows the defendant has the right of appeal has not been made part of the record").

We notified Hill and his attorney of this certification issue and informed them that unless we received a response by July 24, 2023, showing grounds for continuing the appeal, we could dismiss it. We received no response.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Smith v. State*, No. 02-22-00122-CR, 2022 WL 2840271, at *1 (Tex. App.—Fort Worth July 21, 2022, no pet.) (mem. op., not designated for publication) (dismissing appeal of

2

deferred-adjudication order where appellant waived appeal pursuant to plea agreement).

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  August 10, 2023